UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES F. LEWIS,

Plaintiff.

vs. CASE NO.: 5:25-cv-00209-JSS-PRL

OFFICER BRIAN CAMPBELL, and
OFFICER ROBERT S. CHAUSSE

Defendants.
_____________________________________/

**DEFENDANTS' MOTION TO MAKE NON-ELECTRONIC FILING**

COME NOW Officer Brian Campbell and Officer Robert S. Chausse, by and through undersigned counsel and pursuant to Section III of the Administrative Procedures for Electronic Filing, Middle District of Florida (June 5, 2015), and request the Court to enter an Order permitting the non-electronic filing of a single flash drive containing video and audio evidence in support of a Motion to Dismiss, and as grounds state:

1. This action stems from a *Terry* stop of Plaintiff's allegation that the *Terry* stop was unsupported by arguable reasonable suspicion.

2. Plaintiff makes reference to the existence and contents of a call to law enforcement and body camera video in his Complaint. (Doc. 1 at p. 3 ¶ 8, ¶ 9, p. 5 ¶ 21).

3. Concurrent with this Motion, the Defendants are filing a Motion to Dismiss the Complaint that requests the Court to find that the call to law enforcement

(Exhibit A) and body camera video (Exhibit B), and their contents, are incorporated into the Complaint by reference and for the Court to consider the contents of these items in consideration of the Motion to Dismiss.

4. The Defendants request an Order from the Court allowing the non-electronic filing of a single flash drive containing a call to law enforcement and the body camera video of Officer Robert Chausse to be filed.

WHEREFORE, Defendants Campbell and Chausse respectfully request the Court enter an Order permitting the non-electronic filing of a single flash drive containing video and audio evidence.

**LOCAL RULE 3.01(g) CERTIFICATION**

The movant certifies that the movant conferred with opposing party, Mr. Lewis appearing *pro se*, via telephone on April 23, 2025. Plaintiff opposes the Court's consideration of the call to law enforcement and the body camera video.

**MEMORANDUM OF LAW**

Electronic filing is mandatory, unless otherwise provided by the Administrative Procedures, the Local Rules or a Court Order. See Section III.A.1., Administrative Procedures for Electronic Filing, Middle District of Florida (June 5, 2015). "If an E-filer is unable to file a document or item electronically because the document or item cannot be scanned, the E-filer must file that document or item with the Clerk's Office and submit a Notice of Filing Electronically." *Id.* at Section III.A.1.b. This motion requests authorization for the non-electronic filing of video and audio evidence pursuant to the Court's Administrative Procedures for Electronic Filing.

The Defendants submit that the video and audio evidence is relevant to Defendants' Motion to Dismiss and should be made available to the Court. The Plaintiff opposes the Court's consideration of this evidence.

DATED this 23rd day of April 2025.

*s/ Benjamin Baird*
BENJAMIN D. BAIRD, ESQ.
Florida Bar No.: 106272
*baird@debevoisepoulton.com*
*THOMAS W. POULTON, ESQ.*
*Florida Bar No.: 0083798*
*poulton@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
*Attorneys for Defendants*
*Brian Campbell and Robert S. Chausse*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: **James F. Lewis**, 424 Mark Drive, Lady Lake, Florida 32159.

*s/ Benjamin D. Baird*

THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
*poulton@debevoisepoulton.com*
BENJAMIN D. BAIRD, ESQ.
Florida Bar No.: 106272
*baird@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendants
Brian Campbell and Robert S. Chausse