UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JAMES F. LEWIS,**

    Plaintiff,

v.                                              Case No: 5:25-cv-209-JSS-PRL

**OFFICER BRIAN CAMPBELL and
OFFICER ROBERT S. CHAUSSE,**

    Defendants.

___

**ORDER**

This cause comes before the Court on a Motion to Make Non-Electronic Filing filed by Defendants Officer Brian Campbell and Officer Robert S. Chausse ("Officer Chausse") (collectively, the "Defendants"). (Doc. 11). Pursuant to the Court's Administrative Procedures for Electronic Filing,[1] Defendants request that the Court allow the non-electronic filing of a flash drive containing (1) a call to law enforcement and (2) a body camera video of Officer Chausse on the day of the alleged incident in support of their Motion to Dismiss Complaint ("Motion to Dismiss") (Doc. 10). (Doc. 11 at pp. 1-2). Defendants contend that

---

[1] Defendants file the instant motion pursuant to the Court's Administrative Procedures for Electronic Filing dated June 5, 2015. (Doc. 11 at p. 1). However, this Court's new Administrative Procedures for Electronic Filing took effect on April 1, 2024. *See generally* United States District Court Middle District of Florida, Administrative Procedures for Electronic Filing (rev. effective Apr. 1, 2024). Pursuant to the Court's current Administrative Procedures for Electronic Filing, the Middle District of Florida "mandate[s] electronic filing through the Case Management/Electronic Case Filing [("CM/ECF")] system[,] [u]nless otherwise permitted by these Administrative Procedures, a Court order, or the Local Rules of the Middle District of Florida[.]" *See id*. at p. 2. Defendants are cautioned that any future filings must comply with the Court's Administrative Procedures for Electronic Filing that took effect on April 1, 2024. The Court's Administrative Procedures for Electronic Filing can be found on the Court's website (https://www.flmd.uscourts.gov/) under the tabs entitled "Filing a Case" and "For Lawyers."

due to the Court's Administrative Procedures for Electronic Filing, they are not permitted to submit these items electronically. (*See* Doc. 11 at pp. 2-3). Although Defendants represented that Plaintiff opposed the requested relief in the Motion to Make Non-Electronic Filing (*id.* at p. 2), Plaintiff has not filed a response in opposition to date; thus, the Court will treat the motion as unopposed. *See* M.D. Fla. Local Rule 3.01(c).

Upon due consideration, the Court finds that in accordance with the Court's Administrative Procedures for Electronic Filing, the submission of a flash drive containing a call to law enforcement and body camera video in support of Defendants' Motion to Dismiss is permissible at this juncture in the case. The Court notes that in connection with the pending Motion to Dismiss, Defendants request that the Court incorporate the audio evidence of the call to law enforcement and video evidence of the body camera into Plaintiff's complaint by reference under the incorporation-by-reference doctrine and consider the contents of these materials when ruling on the Motion to Dismiss. (Doc. 11 at pp. 1-2; *see* Doc. 10 at pp. 4-9). Because this relief is requested in the pending Motion to Dismiss, the Court will not make a determination in this Order as to whether the requirements of the incorporation-by-reference doctrine have been satisfied or whether such materials should be considered in ruling on the Motion to Dismiss.

Accordingly, Defendants' Motion to Make Non-Electronic Filing (Doc. 11) is **GRANTED**. On or before **May 22, 2025**, Defendants shall non-electronically file the flash drive containing both the call to law enforcement and the body camera video in support of the Motion to Dismiss Complaint (Doc. 10) to the Clerk of Court. Defendants shall also serve a copy of these materials to the Plaintiff concurrently.

**DONE** and **ORDERED** in Ocala, Florida on May 13, 2025.

- 3 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties